UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. BRAMMER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>K. MENDOZA-POWERS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO.   1:10-cv-01261-AWI-GBC (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 16) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2011, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to state a claim. Doc. 16. On October 12, 2011, Plaintiff filed his first amended complaint. Doc. 17. A complaint may be amended once as a matter of course. Fed. R. Civ. P. 15(a).

　　　Accordingly, IT IS HEREBY ORDERED that the October 11, 2011 recommendation of dismissal is vacated.


IT IS SO ORDERED.

Dated:   November 7, 2011

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE